# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00312-CV

### In re People Paul West Kimmell

## ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N DU M   O P I N I O N

A document entitled "T.D.C.J. Declaration of Liens" was filed in this Court and signed by "People Paul West Kimmell" who asserts several violations of rights, including mental anguish damages of "Four Hundred Million silver." Kimmell has not presented documents or a record illustrating how the T.D.C.J. Declaration of Liens falls within this Court's appellate or original jurisdiction. *See* Tex. Gov't Code §§ 22.220, .221; *see also* Tex. R. App. P. 25.1, 25.2, 34.5, 34.6, 52.7. Accordingly, we dismiss it for want of jurisdiction.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 24, 2015